IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LEANDREW-LARONN MENEFEE,

        Plaintiff,

v.

COMMANDER MARZELLI, DEPUTY GONZALEZ, and WASHINGTON COUNTY JAIL,

        Defendants.

No. 3:24-CV-01337-YY

OPINION AND ORDER

**Baggio, J.**,

On 8/19/2024, Magistrate Judge Youlee Yim You issued her Findings and Recommendation (F&R) ECF [4], recommending that Plaintiff LeAndrew-LaRonn Menefee's Application to Proceed In Forma Pauperis ECF [1] be denied and this case be dismissed with prejudice. Plaintiff objected. ECF [10].

### DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. § 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however,

1 – OPINION AND ORDER

required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

Upon review, I agree with Judge You's recommendation, and I ADOPT the F&R ECF [4] in full. Plaintiff's Application to Proceed In Forma Pauperis ECF [1] is DENIED and this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 8th day of October, 2024.

Amy M. Baggio
United States District Judge